OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 AUG. 17. 2015.

$ 000.27⁵

8/13/2015
**ISREAL, ROBERT** Tr. Ct. No. D-1-DC-90-103240-C WR-22,520-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ROBERT ISREAL
TRAVIS CO. CORR. CEN - TDC # 578241
3614 BILL PRICE RD.
DEL VALLE, TX 78617

REF

1·D·22B



EBN3B 78617